**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILLIAM TERRELL, et al., | |
| Plaintiffs, | 2:11-cv-00142-APG-VCF |
| vs. | **MINUTE ORDER** |
| CENTRAL WASHINGTON ASPHALT, INC., et al., | [Plaintiffs' Motion to Appear by Telephone at Motion to Stay Civil Proceedings Pending Anticipated Criminal Proceedings (#96)] |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Appear by Telephone at Motion to Stay Civil Proceedings Pending Anticipated Criminal Proceedings (#96).

Plaintiff's counsel, Timothy G. Tietjen, Esq., requests to appear telephonically for the hearing scheduled for June 6, 2013.  He has to meet another client in San Francisco.  *Id.*

The Court finds that Mr. Tietjen has given sufficient reason to appear telephonically for the June 6, 2013 hearing.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Appear by Telephone at Motion to Stay Civil Proceedings Pending Anticipated Criminal Proceedings (#96) is GRANTED.  The call in number is 1-702-868-4911, passcode 123456.

DATED this 22nd day of May, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE