**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CENTRAL WASHINGTON ASPHALT, INC., DONALD FRANK HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive,<br><br>                    Defendants. | 2:11-cv-00142-APG-VCF |
| DOREEN LEA LAW, individually, and as parent and natural guardian of PHILLIP LAW, a minor child,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CENTRAL WASHINGTON ASPHALT, INC.; DONALD FRANK HANNON, individually; JAMES WENTLAND, individually; JERRY GOLDSMITH, individually; and DOES 1 through X, inclusive,<br><br>                    Defendants, | **ORDER** |

Before the court are the Motion to Reopen Discovery for the Limited Purpose of Addressing the New Cause of Action in the Amended Complaints (#342), Counter-Motion for Fees and Costs (#351), Motion in Limine to (1) Preclude use of Advertently Disclosed Privileged Document during Discovery or Trial, (2) Compel Return or Destruction of this Privileged Document, and (3) for Sanctions (#370, and Stipulated Discovery Plan and Proposed Scheduling Order (#374).

1  IT IS HEREBY ORDERED that a hearing on the Motion to Reopen Discovery for the Limited
2 Purpose of Addressing the New Cause of Action in the Amended Complaints (#342), Counter-Motion for
3 Fees and Costs (#351), Motion in Limine to (1) Preclude use of Advertently Disclosed Privileged
4 Document during Discovery or Trial, (2) Compel Return or Destruction of this Privileged Document, and
5 (3) for Sanctions (#370, and Stipulated Discovery Plan and Proposed Scheduling Order (#374) is
6 scheduled for 10:00 a.m., February 3, 2015, in courtroom 3D.

DATED this 11th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE