**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIAM TERRELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL WASHINGTON ASPHALT, INC., *et al.*, <br><br> Defendants. | Case No. 2:11-CV-00142-APG-VCF <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION** <br><br> (Dkt. #411) |

On March 12, 2015, Magistrate Judge Ferenbach entered a Report & Recommendation (Dkt. #411) recommending I grant Doreen and Phillip Law's Motion for Determination of Good Faith Settlement (Dkt. #387). No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #411) is ACCEPTED and Doreen and Phillip Law's Motion for Determination of Good Faith Settlement is GRANTED.

DATED this 1st day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE