STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
jwigg@lawhjc.com
JEREMY M. WELLAND, ESQ.
Nevada Bar No. 12516
jwelland@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | CASE NO. 2:11-cv-00142-APG-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO. 2:12-cv-01435-APG-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO. 2:12-cv-01475-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DOREEN LAW'S CLAIMS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED and AGREED** by and between Central Washington Asphalt, Inc. ("CWA"), Donald Frank Hannon ("Hannon"), James Wentland ("Wentland") and Jerry Goldsmith ("Goldsmith;" collectively with Hannon, Wentland and CWA, the "CWA Defendants") and Plaintiff Doreen Law ("Doreen"), by and through their respective counsel of record, that all of Doreen's claims and causes of action against the CWA Defendants are hereby dismissed with prejudice, each side to bear its own fees and costs;

**IT IS FURTHER STIPULATED and AGREED** by and between the CWA Defendants and Doreen, by and through their respective counsel of record, that all of Doreen's claims and causes of action against each and every other party, tortfeasor, joint-torfeasor, potential tortfeasor and third-party defendant, that is or could have been named in this action, for damages and/or injuries that are alleged to have been sustained by Doreen as a result of the December 12, 2010 motor vehicle incident that is the subject of this litigation, are hereby dismissed with prejudice, each side to bear its own fees and costs;

**IT IS FURTHER STIPULATED and AGREED** by and between the CWA Defendants and Doreen, by and through their respective counsel of record, that the CWA Defendants' Counter-Claim against Doreen is hereby dismissed with prejudice, each side to bear its own fees and costs.

Dated this 18 day of May, 2015

By: _____
George T. Bochanis, Esq.
Nevada Bar No. 262
GEORGE T. BOCHANIS, LTD.
631 S. Ninth Street
Las Vegas, NV 89101
*Attorney for Doreen Law & Phillip Law*

Dated this 18th day of May, 2015

By: _____
Steven T. Jaffe, Esq.
Nevada Bar No. 7305
Jason R. Wigg, Esq.
Nevada Bar No. 7953
Jeremy M. Welland, Esq.
Nevada Bar No. 12516
HALL JAFFE & CLAYTON
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT

Dated: May 18, 2015