| | |
|---|---|
| 1 | STEVEN T. JAFFE, ESQ. |
|   | Nevada Bar No. 7035 |
| 2 | sjaffe@lawhjc.com |
|   | JASON R. WIGG, ESQ. |
| 3 | Nevada Bar No. 7953 |
|   | jwigg@lawhjc.com |
| 4 | JEREMY M. WELLAND, ESQ. |
|   | Nevada Bar No. 12516 |
| 5 | jwelland@lawhjc.com |

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED MATTERS. | CASE NO.  2:11-cv-00142-APG-VCF <br><br> CONSOLIDATED WITH: <br> CASE NO.  2:12-cv-01435-APG-VCF <br><br> CONSOLIDATED WITH: <br> CASE NO.  2:12-cv-01475-APG-VCF |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEPOSITION DEADLINE OF CENTRAL WASHINGTON ASPHALT, INC.'S PERSON MOST QUALIFIED**

Pursuant to LR 6-1 and LR 26-4, Plaintiffs WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI ("Plaintiffs") and Defendants Central Washington Asphalt, Inc. ("CWA"), Donald Frank Hannon, James Wentland and Jerry Goldsmith (collectively, the "CWA Defendants")

by and through their respective attorneys of record, stipulate and agree as follows:

On February 25, 2015, this Honorable Court entered an Order (#400) regarding certain discovery and the respective deadlines related thereto. Specifically, the deadline to complete discovery regarding Plaintiffs' Cause of Action for Aiding and Abetting is June 5, 2015. However, due to various scheduling issues and Plaintiffs' counsel's recent shoulder surgery, the parties were unable to schedule the deposition of CWA's FRCP 30(b)(6) witnesses regarding Plaintiffs' Cause of Action for Aiding and Abetting to take place prior to June 5, 2015. Currently, the deposition of CWA's FRCP 30(b)(6) witnesses regarding the foregoing cause of action is scheduled to take place on June 26, 2015 in Seattle, Washington.

Therefore, counsel for Plaintiffs and the CWA Defendants **STIPULATE AND AGREE AS FOLLOWS**:

(1) The deadline for completion of CWA's FRCP 30(b)(6) witness' deposition regarding Plaintiffs' cause of action for aiding-and-abetting shall be extended to June 30, 2015.

(2) But for the deposition of CWA's FRCP 30(b)(6) witness as set forth above, the June 5, 2015 aiding-and-abetting discovery cutoff date stands.

Dated this 20th day of May, 2015

By:/s/ Timothy G. Tietjen
Timothy G. Tietjen, Esq.
CA Bar No. 104975
ROUDA, FEDER & TIETJEN
44 Montgomery St., Suite 4000
San Francisco, CA 94104
   and
Timothy R. O'Reilly, Esq.
O'REILLY LAW GROUP
325 S. Maryland Parkway
Las Vegas, NV 89101
*Attorney for Plaintiffs*

Dated this 20th day of May, 2015

By: /s/ Jason R. Wigg
Steven T. Jaffe, Esq.
Nevada Bar No. 7305
Jason R. Wigg, Esq.
Nevada Bar No. 7953
Jeremy M. Welland, Esq.
Nevada Bar No. 12516
HALL JAFFE & CLAYTON
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

1  By: /s/ Jason O. Runckel
    Jason O. Runckel, Esq.
2   CA Bar No. 198361
    O'CONNOR RUNCKEL & O'MALLEY
3   1277 Treat Blvd, Suite 810
    Walnut Creek, CA 94597
4           and
    Nadia Von Magdenko, Esq.
5   VON MAGDENKI & ASSOCIATES
    624 S. 9th Street
6   Las Vegas, NV 89101
    Attorneys for Kathryn Zemke & Mitchell
7   Zemke

8

9                              **[Proposed] ORDER**

10     **IT IS SO ORDERED**.

11

12                              UNITED STATES ~~DISTRICT COURT~~
                                MAGISTRATE
13
       Dated: May 21, 2015
14