1  Timothy G. Tietjen, Esq. (SBN 104975)
   **ROUDA, FEDER, TIETJEN & McGUINN**
2  44 Montgomery Street, Suite 4000
3  San Francisco, California  94104
   *Telephone:* 415-398-5398
4  *Facsimile:*  415-398-8169

5  Timothy O'Reilly, Esq.
   Nevada Bar No. 8866
6  **O'REILLY LAW GROUP**
   325 South Maryland Parkway
7  Las Vegas, Nevada 89101
   *Telephone:* 702-382-2500
8  *Facsimile:*  702-382-6266

9  Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI, a minor; the ESTATE OF JON MICHAEL SLAGOWSKI, by and through its personal representative, PATRICIA DEAN, <br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH, and DOES 1 through 25, Inclusive,<br><br>　　　　　　　Defendants. | NO.  2:11-CV-00142-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |

The parties, by and through their undersigned counsel, stipulate and agree that Plaintiffs Quentin Slagowski, Anika Slagowski and Rowan Slagowski minors, by and through their Guardian Ad Litem William Terrell, the Estate of Jon Michael Slagowski, by and through its personal representative, Patricia Dean shall have up to and including August 28, 2015 to file a response to the following Motions For Summary Judgment:

-1-
STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE

1. Defendant Donald Hannon's Motion For Partial Summary Judgment, Docket No. 430;

2. Defendant CWA's Motion For Partial Summary Judgment, Docket No. 436;

3. Defendant Jerry Goldsmith's Motion For Summary Judgment, Docket No. 432;

4. Defendant CWA's Motion For Summary Judgment, Docket, No. 438; and

5. Defendant Wentland's Motion For Summary Judgment, Docket No. 434

Dated this 9th day of July, 2015

By:/s/TIMOTHY. G. TIETJEN_____
Timothy G. Tietjen, Esq.
CA Bar No. 104975
ROUDA, FEDER & TIETJEN
44 Montgomery St., Suite 4000
San Francisco, CA 94104
(415) 398-5398
      and
Timothy R. O'Reilly, Esq.
O'REILLY LAW GROUP
325 S. Maryland Parkway
Las Vegas, NV 89101
*Attorney for Plaintiffs*

Dated this 9th day of July, 2015

By:/s/JASON R. WIGG_____
Steven T. Jaffe, Esq.
Nevada Bar No. 7305
Jason R. Wigg, Esq.
Nevada Bar No. 7953
Jeremy M. Welland, Esq.
Nevada Bar No. 12516
HALL JAFFE & CLAYTON
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

**ORDER**

IT IS SO ORDERED.

Dated: July 9, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE