STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
Phone:          (702) 383-3400
Fax:            (702) 384-1460
Email:          srogers@rmcmlaw.com
Attorneys for Third-Party Defendant
MITCHELL FOREST ZEMKE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem, for QUENTIN SLAGOWSKI, a minor, ANIKA SLAWGOWSKI, a minor, and ROWAN SLAGOWSKI, a minor,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants.<br>_____<br>AND ALL RELATED MATTERS<br>_____ | Case No.: 2:11-cv-00142-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |

　　　　The parties, by and through their undersigned counsel, stipulate and agree that Plaintiff/Third-Party Defendant/Counter-Claimant Mitchell Forest Zemke and Plaintiff Kathryn Zemke shall have up to and including August 28, 2015 to file a response to the following Motions for Summary Judgment involving Mitchell Forest Zemke and Kathryn Zemke:

　　　　1.　　Defendant Donald Frank Hannon's Motion for Partial Summary Judgment, Docket No. 431;

　　　　2.　　Defendant Jerry Goldsmith's Motion for Summary Judgment, Docket No. 433;

　　　　3.　　Defendant James Wentland's Motion for Summary Judgment, Docket No. 435; and

　　　　4.　　Defendant Central Washington Asphalt, Inc.'s Motion for Partial Summary Judgment, Docket No. 437.

The parties, by and through their undersigned counsel, also stipulate and agree that Defendants/Third-Party Plaintiffs/Counter-Defendants Central Washington Asphalt, Donald Frank Hannon, James Wentland and Jerry Goldsmith shall have up to and including August 28, 2015 to file a response to Plaintiff/Third-Party Defendant/Counter-Claimant Mitchell Forest Zemke's Motion for Summary Judgment (Dkt#428).

DATED this 14th day of July, 2015.

HALL JAFFE & CLAYTON, LLP

/s/ *Jason R. Wigg*
_____
Jason R. Wigg, Esq.
Nevada Bar No. 7953
Hall Jaffe & Clayton, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants/Third-Party Plaintiffs Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

DATED this 14th day of July, 2015.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Charles A. Michalek*
_____
Charles A. Michalek, Esq.
Nevada Bar No. 5721
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
*Attorneys for Third-Party Defendant Mitchell Forest Zemke*

DATED this 14th day of July, 2015.

O'CONNOR RUNCKEL & O'MALLEY

/s/ *Jason O. Runckel*
_____
Jason O. Runckel, Esq.
California Bar No. 198361
1277 Treat Blvd., Suite 810
Walnut Creek, California 94597
*Attorneys for Counterclaimant Mitchell Forrest Zemke and Plaintiff Kathryn Zemke*

## ORDER

**IT IS SO ORDERED**.

Dated: July 14, 2015

_____
UNITED STATES DISTRICT COURT JUDGE