1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  MICHAEL HOTTMAN, ESQ.
   Nevada Bar No. 008501
3  JACQUELYN M. FRANCO, ESQ.
   Nevada Bar No. 13484
4  **STEPHENSON & DICKINSON, P.C.**
5  2820 West Charleston Boulevard, Suite B-19
   Las Vegas, Nevada 89102
6  Telephone: (702) 474-7229
   Facsimile:  (702) 474-7237
7  *email: admin@sdlawoffice.net*
8
9  Attorneys for Chip Edward Fenton and
   Fenton Trucking
10
11
12                **IN THE UNITED STATES DISTRICT COURT**
13                   **FOR THE DISTRICT OF NEVADA**
14
15  CANDACE SLAGOWSKI, Guardian Ad Litem     CASE NO.   2:11-CV-00142-~~RCH~~ APG -VCF
    for QUENTIN SLAGOWSKI, a minor, ANIKA
16  SLAGOWSKI, a minor, and ROWAN           .
    SLAGOWSKI,
17
18                          Plaintiffs,
    vs.                                      **STIPULATION FOR EXTENSION OF**
19                                           **TIME TO FILE A REPLY IN SUPPORT OF**
    CENTRAL WASHINGTON ASPHALT, INC.,        **CHIP EDWARD FENTON AND FENTON**
20  DONALD HANNON, JAMES WENTLAND,           **TRUCKING, LLC'S MOTION FOR**
    JERRY GOLDSMITH and DOES 1 through 25,   **SUMMARY JUDGMENT**
21  inclusive,
22                                           **(FIRST REQUEST)**
                            Defendants.
23  _____                    **ORDER**
24      AND ALL RELATED MATTERS
25
26  / / /
27  / / /
28  / / /

                                1

1

2          IT IS STIPULATED AND AGREED that CHIP FENTON and FENTON TRUCKING, LLC

3  shall have up to and including Thursday, August 27, 2015 to file their Reply in Support of their

4  Motion for Summary Judgment [#429].

5

| | |
|---|---|
| DATED this 13th day of August, 2015. | DATED this 13th day of August, 2015. |
| STEPHENSON & DICKINSON, P.C. | HALL JAFFE & CLAYTON, LLP |
| /s/ Jacquelyn M. Franco | /s/ Jason R. Wigg |
| BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>MICHAEL HOTTMAN, ESQ.<br>Nevada Bar No. 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No. 13484<br>2820 West Charleston Boulevard, Suite B-19<br>Las Vegas, Nevada 89102<br>P: (702) 474-7229<br>F: (702) 474-7237<br>*Attorneys for Chip Fenton and Fenton Trucking* | STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>JASON R. WIGG, ESQ.<br>Nevada Bar No. 7953<br>JEREMY M. WELLAND, ESQ.<br>Nevada Bar No. 12513<br>7466 West Washington Blvd., Suite 460<br>Las Vegas NV 89128<br>T – 702-316-4111<br>F – 702-316-4114<br>*Attorneys for Central Washington Asphalt,*<br>*Donald Hannon, James Wentland, and*<br>*Jerry Goldsmith* |

**IT IS SO ORDERED.**

Dated:  August 13, 2015.

_____
**UNITED STATED DISTRICT JUDGE**

2