STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
jwigg@lawhjc.com
JEREMY M. WELLAND, ESQ.
Nevada Bar No. 12516
jwelland@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI,<br><br>Plaintiffs,<br>vs.<br><br>CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | CASE NO.  2:11-cv-00142-APG-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO.  2:12-cv-01435-APG-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO.  2:12-cv-01475-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND REPLY AND RESPONSE DEADLINES** |

The parties, by and through their undersigned counsel, hereby stipulate and agree that Defendants/Third-Party Plaintiffs Central Washington Asphalt, Inc. ("CWA"), Donald Frank Hannon, James Wentland and Jerry Goldsmith (collectively, the "CWA Defendants"), shall have up to and including October 9, 2015 to file a response in opposition to Slagowski Plaintiffs' Motion for Evidentiary Sanctions Due to CWA Defendants' Spoliation of Material Evidence [Dkt # 464].

1 | The parties further stipulate and agree that the CWA Defendants shall have up to and including October 9, 2015 to file reply points and authorities in support of the following Motions for Summary Judgment:

1) Defendant Donald Frank Hannon's Motion For Partial Summary Judgment [Dkt# 430]
2) Defendant Donald Frank Hannon's Motion For Partial Summary Judgment [Dkt# 431]
3) Defendant Jerry Goldsmith's Motion For Summary Judgment [Dkt# 432]
4) Defendant Jerry Goldsmith's Motion For Summary Judgment [Dkt# 433]
5) Defendant James Wentland's Motion For Summary Judgment [Dkt# 434]
6) Defendant James Wentland's Motion For Summary Judgment [Dkt# 435]
7) Defendant Central Washington Asphalt, Inc.'s Motion For Partial Summary Judgment [Dkt# 436]
8) Defendant Central Washington Asphalt, Inc.'s Motion For Partial Summary Judgment [Dkt# 437]

Dated this 4th day of September, 2015

By: /s/ Timothy G. Tietjen
Timothy G. Tietjen, Esq.
CA Bar No. 104975
ROUDA, FEDER & TIETJEN
44 Montgomery St., Suite 4000
San Francisco, CA 94104
  and
Timothy R. O'Reilly, Esq.
Nevada Bar. No. 8866
O'REILLY LAW GROUP
325 S. Maryland Parkway
Las Vegas, NV 89101
*Attorney for Plaintiffs*

Dated this 4th day of September, 2015

By: /s/ Jason O. Runckel
Jason O. Runckel, Esq.
CA Bar No. 198361
O'CONNOR RUNCKEL & O'MALLEY
1277 Treat Blvd, Suite 810
Walnut Creek, CA 94597
  and
Nadia Von Magdenko, Esq.
Nevada Bar. No. 7945
VON MAGDENKO & ASSOCIATES
624 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Kathryn Zemke & Mitchell Zemke*

Dated this 4th day of September, 2015

By: /s/ Jason R. Wigg
Steven T. Jaffe, Esq.
Nevada Bar No. 7305
Jason R. Wigg, Esq.
Nevada Bar No. 7953
Jeremy M. Welland, Esq.
Nevada Bar No. 12516
HALL JAFFE & CLAYTON
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 8, 2015.

- 2 -