ELIZABETH MIKESELL, ESQ.
Nevada Bar No. 8034
LAW OFFICES OF ELIZABETH R. MIKESELL
7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
702-228-3176
866-221-6108 Fax
Email:  LasVegasLegal@LibertyMutual.com
Attorney for Defendant
Doreen L. Law

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CANDACE SLAGOWSKI, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI,<br><br>     Plaintiff,<br>  v.<br><br>CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive,<br><br>     Defendants.<br>―――――――――――――――――<br>CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH,<br><br>     Third-Party Plaintiffs,<br>  v.<br><br>DOREEN LEA LAW, MITCHELL FOREST ZEMKE, CHIP EDWARD FENTON, FENTON TRUCKING, LLC, MOES 1 through 25, and ROE CORPORATIONS 1 through 25, inclusive,<br><br>     Defendants. | Case No.:   2:11-cv-142-APG-VCF |

**MOTION FOR REMOVAL OF ELECTRONIC SERVICELIST**

Notice is hereby given that attorney Elizabeth Mikesell, Esq. (Nevada Bar No. 8034), email address Elizabeth.mikesell@libertymutual.com is hereby requesting to be removed from the electronic service list as counsel for Third-Party Defendant/ Counterdefendant DOREEN LAW.

1

1

2   Dated this 20 day of October, 2015.

3                                              LAW OFFICES OF ELIZABETH R. MIKESELL

4

5               By /s/ *Elizabeth R. Mikesell*
                ELIZABETH R. MIKESELL, ESQ.
                Nevada Bar No. 8034
6               7251 West Lake Mead Blvd, Suite 250
                Las Vegas, NV 89128
7               Attorney for Defendant
                Doreen L. Law
8

9

10

11

12

13

14

15

16

17  IT IS SO ORDERED.

18

19  _____
    UNITED STATES MAGISTRATE JUDGE
20  DATED:   10-27-2015

21

22

23

24

25

26

27

28

2