UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor; ANIKA SLAGOWSKI, a minor; and ROWAN SLAGOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL WASHINGTON ASPHALT, INC.; DONALD HANNON; JAMES WENTLAND; and JERRY GOLDSMITH,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | Case No. 2:11-cv-00142-APG-VCF<br><br>**ORDER REJECTING PRETRIAL ORDERR**<br><br>(ECF No. 508) |

The parties' proposed Joint Pretrial Order (ECF No. 508) does not comply with Local Rules 16-3 and 16-4. For example, in section VII(3), the "parties agree to provide objections and stipulations regarding any exhibits sixty (60) days before trial." (ECF No. 508 at 8.) Local Rule 16-3(b)(8) requires the parties to specify their objections in the proposed Pretrial Order. Similarly, in section VII(7) of the proposed Pretrial Order, the "parties agree to exchange objections to depositions and any further deposition designations sixty (60) days before trial." This violates Local Rule 16-3(b)(11). Nor does the proposed Pretrial Order contain a "statement by each party of whether they intend to present evidence in electronic format to jurors for purposes of jury deliberations" as required by Local Rule 16-3(9).

In their lists of exhibits and witnesses, the parties list "[a]ll answers to Interrogatories or Requests for Admissions served by the Parties," "[a]ny document listed by any other Party," and "[a]ny witness or expert disclosed by any party." The Local Rules require disclosure of the specific trial exhibits and witness. Such vague, broad designations of exhibits and witnesses

make it impossible for the other party to object. The proposed Order is replete with additional inadequacies.

The requirements set forth in Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement. The proposed Pretrial Order does not comply with those rules.

IT IS ORDERED that the parties' Joint Pretrial Order (**ECF No. 508) is REJECTED.** The parties shall personally confer as required in Local Rule 16-3, and submit a Joint Pretrial Order that complies with Local Rule 16-4 within 21 days of entry of this Order.

Dated: this 27th day of May, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE