1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   JASON R. WIGG, ESQ.
3  Nevada Bar No. 7953
   jwigg@lawhjc.com
4

5  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
6  LAS VEGAS, NEVADA 89128
   (702) 316-4111
7  FAX (702) 316-4114

8  *Attorneys for Central Washington Asphalt,*
   *Inc., Donald Hannon, James Wentland*
9  *and Jerry Goldsmith*

10                **IN THE UNITED STATES DISTRICT COURT**

11                    **FOR THE DISTRICT OF NEVADA**

12 WILLIAM TERRELL, Guardian Ad Litem for        CASE NO.  2:11-cv-00142-APG-VCF
   QUENTIN SLAGOWSKI, a minor, ANIKA
13 SLAGOWSKI, a minor, and ROWAN                  CONSOLIDATED WITH:
   SLAGOWSKI, a minor; the ESTATE OF JON          CASE NO.  2:12-cv-01435-APG-VCF
14 MICHAEL SLAGOWSKI, by and through its
   personal representative, PATRICIA DEAN,        CONSOLIDATED WITH:
15                                                CASE NO.  2:12-cv-01475-APG-VCF
           Plaintiffs,
16                                                **STIPULATION AND [PROPOSED]**
   vs.                                            **ORDER TO EXTEND DEADLINE**
17                                                **TO FILE MOTION FOR**
   CENTRAL WASHINGTON ASPHALT, INC.,              **SUBSTITUTION OF PARTY**
18 DONALD HANNON, JAMES WENTLAND,
   JERRY GOLDSMITH and DOES 1 through 25,
19 inclusive,

20         Defendants.

21 AND ALL RELATED MATTERS.

22

23       Defendants and Third-Party Plaintiffs Central Washington Asphalt ("CWA") and Donald

24 Frank Hannon ("Hannon," together with CWA, the "CWA Parties") along with Third-Party

25 Defendant and Counterclaimant Mitchell Forrest Zemke ("Mr. Zemke," together with CWA

26 Parties, the "Stipulating Parties"), by and through their undersigned counsel, stipulate and agree

27 that the Stipulating Parties shall have up to and including June 30, 2016 to file a motion for

28 substitution of party, and state as follows:

1.     The Stipulating Parties have pending claims against each other arising out of the multi-vehicle accident that is the subject matter of this lawsuit.  *See*  Dkt. Nos. 44; 53; 332; 345.

2.     Third-Party Defendant and Counterclaimant Mr. Zemke passed away on December 12, 2015 and a Statement Noting Counterclaimant Mitchell Zemke's Death [Dkt. #500] was filed on February 26, 2016.

3.     Pursuant to Federal Rule of Civil Procedure 25(a), the Stipulating Parties have until May 31, 2016 to file a motion for substitution of parties to substitute the Estate of Mitchell Forrest Zemke, by and through its personal representative, Kathryn Zemke (the "Estate") as the counterclaimant and third-party defendant.

4.     The Stipulating Parties seek to extend the May 31, 2016 deadline because the Stipulating Parties have reached an agreement in principle to settle all claims by and against Mr. Zemke, which would eliminate the need to substitute the Estate for Mr. Zemke, and the Stipulating Parties are in the process of finalizing settlement terms and paperwork to resolve all issues and to dismiss their pending claims against each other.

5.     To facilitate the resolution of said claims and to conserve judicial resources, the Stipulating Parties stipulate and agree that the Stipulating Parties shall have up to and including June 30, 2016 to file a motion for substitution of party to substitute the Estate, by and through its personal representative Kathryn Zemke, for Third-Party Defendant Mr. Zemke as a party to this action.

| | |
|---|---|
| HALL JAFFE & CLAYTON | O'CONNOR RUNCKEL & O'MALLEY |
| Dated this 27th day of May, 2016. | Dated this 27th day of May, 2016. |
| By: */s/ JASON R. WIGG* <br> Steven T. Jaffe, Esq. <br> Nevada Bar No. 7305 <br> Jason R. Wigg, Esq. <br> Nevada Bar No. 7953 <br> 7425 Peak Drive <br> Las Vegas, NV 89128 <br> *and* <br> Eric Kuwana, Esq.  (Pro Hac) <br> Jeffrey C. Grady, Esq.  (Pro Hac) <br> KATTEN MUCHIN ROSENMAN, LLP <br> 550 S. Tryon Street, Suite 2900 <br> Charlotte, NC 28202-4213 <br> *Attorneys for The CWA Parties* | By: */s/JASON O. RUNCKEL* <br> Jason O. Runckel, Esq. <br> 1277 Treat Blvd, Suite 810 <br> Walnut Creek, California 94597 <br> *and* <br> Nadia Von Magdenko, Esq. <br> Nevada Bar No. 7945 <br> VON MAGDENKO & ASSOCIATES <br> 624 S. 9th Street <br> Las Vegas, NV 89101 <br> *Attorneys for Plaintiff Kathryn Zemke and* <br> *Counter-Claimant Mitchell Forrest Zemke* |

IT IS SO ORDERED.
Dated: May 27, 2016

UNITED STATES DISTRICT JUDGE

1    ROGERS, MASTRANGELO, CARVALHO
     & MITCHELL
2
     Dated this 27th day of May, 2016.
3
     By: /s/CHARLES A. MICHALEK
4    Stephen H. Rogers, Esq.
     Nevada Bar No. 5755
5    Charles A. Michalek, Esq.
     Nevada Bar No. 5721
6    300 S. Fourth Street, Suite 710
     Las Vegas, NV 89101
7    *Attorneys for Third-Party Defendant Mitchell*
     *Forrest Zemke*
8
9                        **[PROPOSED] ORDER**
10
11        IT IS SO ORDERED.
12
13                                    _____
                                      UNITED STATES DISTRICT COURT
14                                    MAGISTRATE
15        Dated:_____
16
17
18
19
20
21
22
23
24
25
26
27
28