**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

WILLIAM TERRELL, *et al.*,

      Plaintiffs,

vs.

CENTRAL WASHINGTON ASPHALT, INC., *et al.*,

      Defendants.

2:11-cv-00142-APG-VCF

**MINUTE ORDER**

    Before the Court is Defendants' Motion for Determination of Good Faith Settlement with Kathryn Zemke (ECF No. 520).

    IT IS HEREBY ORDERED that a hearing on Defendants' Motion for Determination of Good Faith Settlement with Kathryn Zemke (ECF No. 520) is scheduled for 10:00 a.m., August 8, 2016, in courtroom 3D.

    DATED this 18th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE