STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
jwigg@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Central Washington Asphalt, Inc.
and Donald Hannon*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI, a minor; the ESTATE OF JON MICHAEL SLAGOWSKI, by and through its personal representative, PATRICIA DEAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL WASHINGTON ASPHALT, INC., and DONALD HANNON,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | CASE NO. 2:11-cv-00142-APB-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO. 2:12-cv-01435-APB-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO. 2:12-cv-01475-APB-VCF |

### MOTION FOR SUBSTITUTION OF PARTY

Third-Party Plaintiffs Central Washington Asphalt ("CWA") and Donald Frank Hannon ("Hannon," together with CWA, the "CWA Third-Party Plaintiffs"), pursuant to Fed. R. Civ. P. 25(a), hereby move this Court for an Order substituting the Estate of Mitchell Forrest Zemke, by and through its personal representative Kathryn Zemke (the "Estate"), for Third-Party Defendant

1

Mitchell Zemke ("Mr. Zemke") as a party to this action. In support of this motion, the CWA Third-Party Plaintiffs state as follows:

1. On May 17, 2012, the CWA Third-Party Plaintiffs[1] filed a Third-Party Complaint against Zemke and others [Doc. No. 44], and on October 17, 2014 filed an Answer to Amended Complaint and Third-Party Complaint [Doc. No. 345] alleging that Mr. Zemke and the other Third-Party Defendants were negligent in the manner in which they operated their respective vehicles thereby causing or contributing to the accident that is the subject of this action. The CWA Third-Party Plaintiffs seek a judgment of contribution and/or indemnity from Mr. Zemke for any and all damages and/or economic losses that Plaintiffs may recover against the CWA Third-Party Plaintiffs.

2. On February 26, 2016 Kathryn Zemke filed a Statement Noting Counterclaimant Mitchell Zemke's Death [Doc. No.500] informing this Court that Mr. Zemke had passed away in December of 2015[2].

3. On or about February 29, 2016 Kathryn Zemke was appointed personal representative of the Estate of Mr. Zemke. *See* Statement of Informal Appointment of Personal Representative in Intestacy signed February 29, 2016 and entered March 4, 2016; and Letters of Administration and Oath entered in Case No. CV42-16-0698 in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls, Magistrate Division

---

[1] James Wentland and Jerry Goldsmith were also included as Third-Party Plaintiffs in the Third-Party Complaint. Both Wentland and Goldsmith were dismissed from this action by the Order entered by the Honorable Andrew P. Gordon on March 7, 2016 [Doc. No. 504].

[2] The Statement Noting Counterclaimant Mitchell Zemke's Death lists the date of death as December 10, 2015. Upon information and belief, the date of death was actually December 12, 2015.

2

signed February 29, 2016 and entered March 4, 2016 (collectively, the "Estate Filings"). Copies of the Estate Filings are attached hereto as Exhibit A.

4. By Order entered on May 27, 2016 [Dkt. # 511], the deadline to file a motion for substitution of party to substitute the Estate was extended up and including June 30, 2016.[3]

5. The CWA Third-Party Plaintiffs' claims are not extinguished by the death of Mr. Zemke. *See* Nev. Rev. Stat. § 41.100(1) ( "...no cause of action is lost by reason of the death of any person, but may be maintained by or against the person's executor or administrator"), and Nev. Rev. Stat. § 41.100(2) ("[i]n an action against an executor or administrator, any damages may be awarded which would have been recovered against the decedent if the decedent had lived").

6. The other parties to this action will not be prejudiced in any way by the substitution of the Estate as the substitution in name only and no additional act is necessary for the CWA Third-Party Plaintiffs to prosecute their case.

---

[3] As set forth in the Stipulation and [Proposed] Order to Extend Deadline To File Motion for Substitution of Party [Dkt. # 509], CWA Third-Party Plaintiffs and Third-Party Defendants and Counterclaimant Mitchell Forrest Zemke had reached an agreement in principle to resolve all claims. The agreement in principle remains, but certain issues remain unresolved. While the CWA Third-Party Plaintiffs believe that the agreement will ultimately result in the dismissal of Mr. Zemke and the Estate, they must nevertheless file this motion out of an abundance of caution and to preserve their rights until the agreement has been finalized.

119067239_2_235866_00046

WHEREFORE, the CWA Third-Party Plaintiffs respectfully request that this Court substitute the Estate of Mitchell Forrest Zemke, by and through its personal representative Kathryn Zemke, as Third-Party Defendant in this action.

Dated this 20th day of June, 2016.

HALL JAFFE & CLAYTON

By: /s/ Jason R. Wigg
Steven T. Jaffe, Esq.
Nevada Bar No. 7305
Jason R. Wigg, Esq.
Nevada Bar No. 7953
7425 Peak Drive
Las Vegas, NV 89128
(702) 316-4111
*Attorneys for Central Washington Asphalt, Inc. and Donald Hannon*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7-21-2016

119067239_2_235866_00046

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HALL JAFFE & CLAYTON, LLP, and that on the 30th day of June 2016 the foregoing **MOTION FOR SUBSTITUTION OF PARTY** was served upon the parties via the Court's e-filing and service program to the following:

Timothy G. Tietjen, Esq.
ROUDA, FEDER & TIETJEN
44 Montgomery St., Suite 4000
San Francisco, CA 94104
    and
Timothy R. O'Reilly, Esq.
O'REILLY LAW GROUP
325 S. Maryland Parkway
Las Vegas, NV 89101
*Attorney for Plaintiffs*

Jason O. Runckel, Esq.
O'CONNOR RUNCKEL & O'MALLEY
1277 Treat Blvd, Suite 810
Walnut Creek, California 94597
    and
Nadia Von Magdenko, Esq.
VON MAGDENKO & ASSOCIATES
624 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Kathryn Zemke and Counter-Claimant, Mitchell Forrest Zemke*

Stephen H. Rogers, Esq.
Charles A. Michalek, Esq.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
300 S. Fourth Street, Suite 710
Las Vegas, NV 89101
*Attorneys for Third-Party Defendant Mitchell Forrest Zemke*

Eric Kuwana, Esq.  (Pro Hac)
Jeffrey C. Grady, Esq.  (Pro Hac)
KATTEN MUCHIN ROSENMAN, LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
*Co-Counsel for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

Bruce Scott Dickinson, Esq.
Michael Hottman, Esq.
STEPHENSON & DICKINSON
2820 W. Charleston Blvd., Suite B-19
Las Vegas, NV 89102
*Attorneys for Third-Party Defendants Chip Fenton, Fenton Trucking, LLC*

            */s/ Barbara Gracey*
An Employee of HALL JAFFE & CLAYTON, LLP

119067239_2_235866_00046

# EXHIBIT A

# EXHIBIT A

Signed: 3/4/2016 01:35 PM
FILED By: _____ Deputy Clerk
Fifth Judicial District, Twin Falls County
Kristina Glascock, Clerk of the Court

David W. Gadd (ISB #7605)
WORST, FITZGERALD & STOVER, PLLC
905 Shoshone Street North
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com

*Attorneys for Kathryn Zemke*

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

MAGISTRATE DIVISION

| In the Matter of the Estate of<br><br>MITCHELL FORREST ZEMKE,<br><br>Deceased. | Case No. CV42-16-0698<br><br>**STATEMENT OF INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE IN INTESTACY** |
|---|---|

Upon consideration of the *Application for Informal Appointment of Personal Representative in Intestacy* filed by Kathryn Zemke, the Court finds that:

1. The Application is complete.

2. Applicant has made an oath that the statements contained in the Application are true to the best of Applicant's knowledge and belief.

3. Applicant appears from the Application to be an interested person as defined by the Idaho Uniform Probate Code.

4. The Decedent, Mitchell Forrest Zemke, died December 12, 2015, at the age of thirty-six (36) years.

**STATEMENT OF INFORMAL APPOINTMENT OF
PERSONAL REPRESENTATIVE IN INTESTACY – 1**

5. On the basis of the statements in the Application, venue is proper.

6. Any required notice has been given or waived.

7. On the basis of the statements in the Application, no personal representative has been appointed in this state or elsewhere.

8. It appears from the application that the time limit for informal probate and appointment has not expired.

9. On the basis of the statements in the Application, the Decedent died intestate.

10. The Application does not indicate the existence of a possible unrevoked testamentary instrument which may relate to property subject to the laws of this state, and no such instrument has been filed for probate in this Court.

11. Based on the statements in the Application, the person whose appointment as personal representative is sought is qualified to act as personal representative and has priority entitling said person to the appointment.

12. Bond is not required.

13. The applicable time period within which no action can be taken on an application for informal probate has elapsed.

14. The Decedent is survived by the following heirs:

| NAME and ADDRESS | RELATIONSHIP | AGE |
|---|---|---|
| Kathryn Zemke<br>246 Madison St.<br>Twin Falls, ID 83301 | Spouse | Over 21 |
| Nathan Michael Zemke<br>246 Madison St.<br>Twin Falls, ID 83301 | Son | 9 |

STATEMENT OF INFORMAL APPOINTMENT OF
PERSONAL REPRESENTATIVE IN INTESTACY – 2

NOW, THEREFORE, IT IS ORDERED AND DECREED that:

1. The Decedent died intestate and is survived by the issue listed above.

2. Under and by virtue of the laws of succession of the State of Idaho, the estate of the Decedent vests and is to be distributed to Decedent's spouse, Kathryn Zemke, and minor son, Nathan Michael Zemke.

3. Kathryn Zemke is hereby appointed personal representative of the estate of Mitchell Forrest Zemke, to act without bond.

4. Upon qualification and acceptance, letters of administration shall be issued.

5. Notice shall be given in accordance with I.C. § 15-3-705.

SO ORDERED this _____ day of _____, 2016.

Signed: 2/29/2016 05:03 PM

_____
MAGISTRATE JUDGE

STATEMENT OF INFORMAL APPOINTMENT OF
PERSONAL REPRESENTATIVE IN INTESTACY – 3

**CLERK'S CERTIFICATE OF SERVICE**

The undersigned certifies that on the __4__ day of ____March____, 2016, she/he caused a true and correct copy of the foregoing instrument to be served upon the following persons in the following manner:

| | |
|---|---|
| Kathryn Zemke<br>c/o David W. Gadd<br>WORST, FITZGERALD & STOVER, PLLC<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428 | ☐ U.S. Mail<br>☐ Facsimile: *(208) 736-9900*<br>☐ Hand Delivery<br>☒ E- Mail: *dwg@magicvalleylaw.com*<br>☐ Electronic Court Filing |
| Nathan Michael Zemke<br>c/o Kathryn Zemke<br>246 Madison St.<br>Twin Falls, ID 83301 | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ E- Mail<br>☐ Electronic Court Filing |

CLERK OF THE COURT

Signed: 3/4/2016 01:36 PM

By: _____*[signature]*_____
     Deputy Clerk

STATEMENT OF INFORMAL APPOINTMENT OF
PERSONAL REPRESENTATIVE IN INTESTACY – 4

Signed: 3/4/2016 02:43 PM
FILED By: _____ Deputy Clerk
Fifth Judicial District, Twin Falls County
Kristina Glascock, Clerk of the Court

David W. Gadd (ISB #7605)
WORST, FITZGERALD & STOVER, PLLC
905 Shoshone Street North
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com

*Attorneys for Kathryn Zemke*

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

MAGISTRATE DIVISION

| In the Matter of the Estate of | Case No. CV42-16-0698 |
|---|---|
| MITCHELL FORREST ZEMKE, Deceased. | **LETTERS OF ADMINISTRATION AND OATH** |

Kathryn Zemke was duly appointed and qualified by the Court as personal representative of the estate of the Decedent, Mitchell Forrest Zemke, with all authority pertaining thereto.

Administration of the estate is unsupervised.

These letters are issued to evidence the appointment, qualification, and authority of said personal representative.

WITNESS: Honorable Roger B. Harris _____, Magistrate of the above Court, with the seal thereof affixed the _____ day of _____, 2016.

Signed: 2/29/2016 05:04 PM

_____
MAGISTRATE JUDGE

**LETTERS OF ADMINISTRATION AND OATH – 1**

## OATH

STATE OF IDAHO            )
                          ) ss.
County of Twin Falls      )

Kathryn Zemke, being first duly sworn on oath, deposes and says:

I HEREBY ACCEPT the duties as Personal Representative of the estate of Mitchell Forrest Zemke, and I do hereby solemnly swear that the duties of personal representative shall be performed according to law.

DATED this 26th day of February, 2016.

_____
Kathryn Zemke

SUBSCRIBED AND SWORN to before me this 26th day of February, 2016.

_____
Notary Public for Idaho
Residing at: Twin Falls, Idaho
Commission Expires: April 12, 2018

LETTERS OF ADMINISTRATION AND OATH – 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __4__ day of ____March____, 2016, I caused a true and correct copy of the foregoing document to be served by the method indicated below, and addressed to the following:

David W. Gadd  
WORST, FITZGERALD & STOVER, PLLC  
P.O. Box 1428  
Twin Falls, ID  83303-1428

☐ U.S. Mail  
☐ Facsimile: *(208) 736-9900*  
☐ Hand Delivery  
☒ E-Mail: *dwg@magicvalleylaw.com*

Signed: 3/4/2016 02:44 PM

_____  
Deputy Clerk

**LETTERS OF ADMINISTRATION AND OATH – 3**