# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM TERRELL, *et al.,* | |
| Plaintiffs, | 2:11-cv-00142-APG-VCF |
| vs. | |
| CENTRAL WASHINGTON ASPHALT, INC., *et al.*, | **MINUTE ORDER** |
| Defendants. | |

Before the Court is the Motion for Determination of Good Faith Settlement with Slagowski Parties (ECF No. 523).

IT IS HEREBY ORDERED that a hearing on the Motion for Determination of Good Faith Settlement with Slagowski Parties (ECF No. 523) is scheduled for 10:00 a.m., August 8, 2016, in courtroom 3D.

Dated this 18th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE