1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   JASON R. WIGG, ESQ.
3  Nevada Bar No. 7953
   jwigg@lawhjc.com
4
       HALL JAFFE & CLAYTON, LLP
5             7425 PEAK DRIVE
           LAS VEGAS, NEVADA 89128
6              (702) 316-4111
             FAX (702) 316-4114
7
   *Attorneys for Central Washington Asphalt,*
8  *Inc., Donald Hannon, James Wentland*
   *and Jerry Goldsmith*
9
             IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE DISTRICT OF NEVADA
11

| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI, | CASE NO.  2:11-cv-00142-APG-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO.  2:12-cv-01435-APG-VCF |
|---|---|
| Plaintiffs, | CONSOLIDATED WITH:<br>CASE NO.  2:12-cv-01475-APG-VCF |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF SLAGOWSKI PARTIES' CLAIMS WITH PREJUDICE** |
| CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive, | |
| Defendants. | |
| AND ALL RELATED MATTERS. | |

**IT IS HEREBY STIPULATED and AGREED** by and between Central Washington Asphalt, Inc. ("CWA"), Donald Frank Hannon ("Hannon"), James Wentland ("Wentland") and Jerry Goldsmith ("Goldsmith;" collectively with Hannon, Wentland and CWA, the "CWA Defendants") and Plaintiffs (a) Quentin Slagowski, a minor, Anika Slagowski, a minor, and Rowan Slagowski, a minor, by and through their Guardian Ad Litem, William Terrell (collectively, the "Slagowski Plaintiffs"); and (b) the Estate of Jon Michael Slagowski, by and through its personal representative, Patricia Dean (the "Estate;" together with the Slagowski

Plaintiffs, the "Slagowski Parties"), by and through their respective counsel of record, that all of the Slagowski Parties' claims and causes of action against the CWA Defendants are hereby dismissed with prejudice, each side to bear its own fees and costs.

Dated this 11th day of August, 2016

By:/s/TIMOTHY. G. TIETJEN
Timothy G. Tietjen, Esq.
ROUDA, FEDER, TIETJEN & McGUINN
California Bar No. 104975
44 Montgomery Street, Suite 4000
San Francisco, California 94104
(415) 398-5398
and
Timothy R. O'Reilly, Esq.
O'REILLY LAW GROUP
325 S. Maryland Parkway
Las Vegas, NV 89101
*Attorneys for Slagowski Parties*

Dated this 11th day of August, 2016

By: /s/ *Steven T. Jaffe*
Steven T. Jaffe, Esq.
Nevada Bar No. 7305
Jason R. Wigg, Esq.
Nevada Bar No. 7953
HALL JAFFE & CLAYTON
7425 Peak Drive
Las Vegas, NV 89128
And
*and*
Eric Kuwana, Esq.  (Pro Hac)
Jeffrey C. Grady, Esq.  (Pro Hac)
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
*Attorneys for The CWA Parties*
*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2016