UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL WASHINGTON ASPHALT, INC.; DONALD HANNON, JAMES WENTLAND, and JERRY GOLDSMITH,<br><br>Defendants.<br><br>_____<br><br>AND ALL RELATED MATTERS. | Case No. 2:11-cv-00142-APG-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING GOOD FAITH SETTLEMENT**<br><br>(ECF Nos. 520, 530) |

On August 8, 2016, Magistrate Judge Ferenbach entered a report and recommendation that I grant defendants Central Washington Asphalt, Inc. and Donald Hannon's unopposed motion for determination of good faith settlement with Kathryn Zemke. ECF No. 530. No one filed an objection.

IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(ECF No. 530) is accepted** and defendants Central Washington Asphalt, Inc. and Donald Hannon's unopposed motion for determination of good faith settlement with Kathryn Zemke **(ECF No. 520) is GRANTED**.

IT IS FURTHER ORDERED that the settlement entered into between Kathryn Zemke and defendants Central Washington Asphalt, Inc. and Donald Hannon (as detailed in ECF No. 520) is just, fair, reasonable, and entered into in good faith. The other defendants are therefore precluded from pursuing claims against Central Washington Asphalt, Inc. and Donald Hannon for

////

contribution or equitable or implied indemnity based on the facts and circumstances alleged in this lawsuit as they relate to the Kathryn Zemke.

DATED this 8th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE