STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
jwigg@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Central Washington Asphalt,
Inc., Donald Hannon, James Wentland
and Jerry Goldsmith*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor, ANIKA SLAGOWSKI, a minor, and ROWAN SLAGOWSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL WASHINGTON ASPHALT, INC., DONALD HANNON, JAMES WENTLAND, JERRY GOLDSMITH and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | CASE NO. 2:11-cv-00142-APG-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO. 2:12-cv-01435-APG-VCF<br><br>CONSOLIDATED WITH:<br>CASE NO. 2:12-cv-01475-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF KATHRYN ZEMKE'S CLAIMS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED and AGREED** by and between Central Washington Asphalt, Inc. ("CWA"), Donald Frank Hannon ("Hannon"), James Wentland ("Wentland") and Jerry Goldsmith ("Goldsmith;" collectively with Hannon, Wentland and CWA, the "CWA Defendants") and Plaintiff Kathryn Zemke, by and through their respective counsel of record, that all of Plaintiff Kathryn Zemke's claims and causes of action against the CWA Defendants are hereby dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 9, 2016.

Dated this 9th day of September, 2016.

O'CONNOR RUNCKEL & O'MALLEY

BY: /s/ JASON O. RUNCKEL
Jason O. Runckel, Esq.
1277 Treat Blvd., Suite 810
Walnut Creek, California 94597
   And
Nadio Von Magdenko, Esq.
VON MAGDENKO & ASSOCIATES
624 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Mitchell Forrest Zemke*

Dated this 9th day of September, 2016.

HALL JAFFE & CLAYTON

BY: /s/ STEVEN T. JAFFE
Steven T. Jaffe, Esq.
Nevada Bar No. 73058
Jason R. Wigg, Esq.
Nevada Bar No. 7953
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Central Washington Asphalt, Inc., Donald Hannon, James Wentland and Jerry Goldsmith*

**[Proposed] ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT MAGISTRATE

Dated: _____