UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

CANDACE SLAGOWSKI, *et al.*,

    Plaintiffs,

vs.

CENTRAL WASHINGTON ASPHALT, INC., *et al.*,

    Defendants.

2:11-cv-00142-APG-VCF

**ORDER**

    Before the Court are Central Washington Asphalt's Request for an Exception to the Attendance Requirements Set Forth in the Order Scheduling a Settlement Conference (ECF No. 540) and Chip Fenton's and Fenton Trucking, LLC's Joinder to CWA Plaintiff's Request for an Exception to the Attendance Requirements Set Forth in the Order Scheduling a Settlement Conference (ECF No. 546).

    Good cause appearing,

    IT IS HEREBY ORDERED that the parties' requests (ECF Nos. 540 and 546) are GRANTED.

    Central Washington Asphalt, Donald Frank Hannon, Chip Fenton and Fenton Trucking are excused from attending the September 28, 2016 settlement conference.

    DATED this 15th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE