# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor; ANIKA SLAGOWSKI, a minor; and ROWAN SLAGOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL WASHINGTON ASPHALT, INC.; DONALD HANNON; JAMES WENTLAND; and JERRY GOLDSMITH,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | Case No. 2:11-cv-00142-APG-VCF<br><br>**ORDER VACATING TRIAL**<br><br>(ECF No. 550) |

Based on the parties' Notice (ECF No. 550) that they have resolved all remaining claims and issues in this case, there is no longer a need for a trial. Accordingly, the January 31, 2017 Calendar Call and the February 6, 2017 trial setting are vacated. By February 10, 2017, the parties shall submit a stipulation and proposed order dismissing this case or a joint report on the status of their efforts to finalize their settlement.

Dated: this 9th day of January, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE