UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRELL, et al. | ) Case No. 2:11-cv-00142-APG-VCF |
| Plaintiffs, | ) |
| v. | ) **Order Granting Petition for Approval to Proceed in Elko County, Nevada for a Transfer of Structured Settlement Payment Rights** |
| CENTRAL WASHINGTON ASPHALT, INC., et al., | ) |
| | ) [ECF No. 562] |
| Defendants. | ) |

This case arises out of a car accident in which multiple people were injured and Jon Michael Slagowski was killed. As part of the settlement in this case, plaintiff Anika Slagowski, who was then a minor, obtained a structured settlement. Anika Slagowski is no longer a minor and she wishes to obtain a lump sum payment in exchange for transferring to Peachtree Settlement Funding, LLC her right to receive a portion of future payments. Peachtree Settlement Funding, LLC requests permission to proceed in state court in Elko County, Nevada to petition a court there for approval of the transfer. No one has opposed the petition.

I THEREFORE ORDER that the petition for approval to proceed in Elko County, Nevada for a transfer of structured settlement payment rights **(ECF No. 562) is GRANTED**.

Dated this 31st day of January, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE