# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM TERRELL, Guardian Ad Litem for QUENTIN SLAGOWSKI, a minor; ANIKA SLAGOWSKI, a minor; and ROWAN SLAGOWSKI, | Case No. 2:11-cv-00142-APG-VCF |
| | **ORDER FOR SUPPLEMENTAL BRIEF** |
| Plaintiffs, | (ECF No. 564) |
| v. | |
| CENTRAL WASHINGTON ASPHALT, INC.; DONALD HANNON; JAMES WENTLAND; and JERRY GOLDSMITH, | |
| Defendants. | |

Peachtree Settlement Funding, LLC petitions the court to authorize plaintiff Anika Slagowski to pursue an assignment of future structured settlement payment rights. ECF No. 564. However, that request seems to be barred by the terms of the settlement establishing those payment rights.  Specifically, the Settlement Agreement and Release states that the payment rights cannot be "sold, assigned, pledged, hypothecated or otherwise transferred or encumbered, either directly or indirectly, by such Slagowski Plaintiff or any other Payee." ECF No. 564-1 at 11.  Peachtree's petition does not address this problem.

I THEREFORE ORDER that petitioner Peachtree Settlement Funding, LLC may file a supplemental brief explaining why the proposed assignment does not violate the Settlement Agreement.  The supplemental brief is due by October 12, 2023.  Any other party may file a brief by that date as well.

DATED THIS 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE